[No. 12580-0-I. Division One. June 6, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. CHAUNCEY LEDALE REECE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 70434, Jerome M. Johnson, J., entered November 15, 1982. *Affirmed* by unpublished opinion per Callow, J., concurred in by Durham, C.J., and Swanson, J.

[No. 6200-3-II. Division Two. June 6, 1984.]

ROBERT HAUETER, ET AL, *Appellants,* v. ROBERT H. RANCICH, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Mason County, No. 14885, Carol A. Fuller, J., entered February 4, 1982. *Dismissed* by unpublished opinion per Reed, J., concurred in by Petrich, C.J., and Worswick, J.

[No. 5582-5-III. Division Three. June 7, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. BRYAN N. KESTER, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 82-1-00641-1, Bruce P. Hanson, J., entered January 3, 1983. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Munson, C.J., and Thompson, J. Now published at 38 Wn. App. 590.